John P. Campo (JC-5241)
John S. Kinzey (JK-4951)
DREIER LLP
499 Park Avenue
New York, New York 10022
Tel.: (212) 328-6100
Fax: (212) 328-6101

*Attorneys for John S. Pereira, Esq., as Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

MAYWOOD CAPITAL CORP., et al.,

                Debtors,

---

JOHN S. PEREIRA, as Chapter 11 Trustee of
135 SUYDAM ST. REALTY CORP.,

                Plaintiff,

vs.

A.O. SUYDAM LLC and NEW YORK COMMUNITY
BANK,

                Defendants.

---

Chapter 11 Cases
Case No. 05-10987 (RDD)

Jointly Administered
Case Nos. 04-17047, 05-10944
to 05-10987, 05-11521, 05-11523
and 05-1778 (RDD)

Adversary No.: 07-01536-rdd

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                              ):ss:
COUNTY OF NEW YORK  )

    Mahiri Buffong, being duly sworn, deposes and says:

    I am over eighteen years of age, not a party to this action, and reside in Bronx, New York. On March 9, 2007, I served a true copy of the foregoing *Complaint* via regular mail in a sealed envelope addressed to:

{00234217.DOC;}

      A.O. Suydam LLC
      1201 43rd Street
      Brooklyn, New York 11219

                                      Mahiri Buffong

So sworn before me this
9th day of March, 2007

Martin Brech
Notary Public, State of New York
   No. 4977428
Qualified in Putnam County
Commission Expires April 20, 2009